UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| WENDI OPPENHEIMER et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF LA HABRA et al., <br><br> Defendants. | No. SA CV 16-00018-JVS (DFMx) <br><br> AMENDED NOTICE OF HEARING AND ORDER TO SHOW CAUSE RE: CONTEMPT |

    Upon review of Defendants' motion (Dkt. 62) for an order holding non-party Chloe Oppenheimer in contempt for failing to comply with a deposition subpoena in this matter, and good cause appearing therefor,

    IT IS HEREBY ORDERED THAT:

    1.    Non-party Chloe Oppenheimer shall appear on February 14, 2017, at 10:00 a.m., in Courtroom 6B of the United States District Court for the Central District of California located at 411 West Fourth Street, Santa Ana, California, 92701, to show cause why she should not be adjudged in civil contempt of court for failing to comply fully with a deposition subpoena served upon her in this matter.

2. If non-party Chloe Oppenheimer intends to file any pleadings, declarations, exhibits, or other papers in opposition to Defendants' motion or the entry of an order holding her in civil contempt of court, such papers must be filed and delivered to all counsel by 5:00 p.m. on February 7, 2017. Any supplemental memorandum in support of Defendants' motion shall be filed with the Court and delivered to all counsel by noon on February 10, 2017.

3. Defendants' counsel shall serve a copy of this Amended Notice and Order–as well as all pleadings filed by Defendants in support of their motion–by personal service to non-party Chloe Oppenheimer within seven (7) days of this Order.

Dated: January 24, 2017

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge