UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 16-00018 JVS (DFMx) | Date | March 1, 2017 |
| Title | Wendi Oppenheimer, et al. V. The City of La Habra, et al. | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) Order to Show Cause re Jury Instructions

The Court's Order for Jury Trial requires the joint submission of proposed jury instructions. (Docket No. 24, p. 5-6.) The parties have submitted separate, uncoordinated proposed jury instructions. (Docket Nos. 166, 170.)

The pleadings at Docket Nos 166 and 170 are stricken. The parties shall file a joint set of proposed jury instructions no later than 5:00 p.m. March 3, 2017. If they fail to do so, they shall appear at 8:30 a.m. on March 6, 2017 to show cause why the Court should not impose sanctions upon counsel for failure to obey the Court's orders and/or strike the complaint and/or strike the answer.

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |